Trenton R. Kashima (SBN 291405)
tkashima@sommerspc.com
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 762-2125
Facsimile: (619) 762-2127

Jason J. Thompson
jthompson@sommerspc.com
Charles R. Ash IV
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **TAMYRA WHITE and KYESTER JEFF,** individually and on behalf of all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> **VXI GLOBAL SOLUTIONS, LLC.,** <br><br> Defendant. | **Case No: 2:20-06944-RGK-E** <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs, Tamyra White and Kyester Jeff ("Plaintiffs"), by and through their undersigned counsel, hereby notice the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of their dismissal of this action without prejudice. No court is required as this dismissal does not resolve the claims, issues or defenses of a certified class. Each party is to bear their own attorneys' fees and costs.

Respectfully Submitted,

Dated: August 26, 2020

*/s/ Trenton R. Kashima*
Trenton R. Kashima (SBN 291405)
tkashima@sommerspc.com
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 762-2125
Facsimile: (619) 762-2127

Jason J. Thompson
jthompson@sommerspc.com
Charles R. Ash, IV
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 26, 2020, I electronically filed the forgoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Trenton R. Kashima*
Trent R. Kashima